**Evelyn Winters, OSB # 093444**
**Daniel J. Park, OSB #132493**
**Vanessa G. Aaron, OSB # 206347**
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900 (main)
(206) 709-5901 (fax)
Evelyn.winters@wilsonelser.com
Daniel.park@wilsonelser.com
Vanessa.aaron@wilsonelser.com

*Attorneys for Defendants Uber Technologies,*
*Inc. and Rasier, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PAUL K. UGAROV<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY L. GORDON, an individual;<br>UBER TECHNOLOGIES; and RASIER,<br>LLC, a Delaware limited liability company,<br><br>　　　　　　Defendants. | Civil No. 3:26-cv-00902-JR<br><br>**ORDER OF REMAND** |

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

ORDER OF REMAND
Page **1**

3:26-CV-00902-JR

337744289v.1

## ORDER OF REMAND

This matter comes before the Court on the Stipulation for Remand of Plaintiff Paul K. Ugarov ("Plaintiff") and Defendants Uber Technologies, Inc. and Raiser, LLC ("Uber"). The Court, having reviewed the Stipulation and being fully advised of the premises, hereby ORDER as follows:

1.     This case is hereby REMANDED to the Multnomah County Circuit Court, Case No. 26CV1366, pursuant to pursuant to 28 U.S.C. § 1447(c).

2.     No costs, expenses or attorneys' fees shall be awarded to any party in connection with the remand of this action.

3.     The Clerk of Court is directed to take all necessary steps to effectuate the remand of this case to Multnomah County Circuit Court, Oregon.

IT IS SO ORDERED.


DATED: _____6/17/2026_____


_/s/ Jolie A. Russo_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge


**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

ORDER OF REMAND
Page **2**

3:26-CV-00902-JR

337744289v.1

Presented by:


WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP



By: */s/ Evelyn Winters*
Evelyn Winters, OSB # 093444
*/s/ Daniel J. Park*
Daniel J. Park, OSB #132493
*/s/ Vanessa Aaron*
Vanessa G. Aaron, OSB # 206347
520 Pike Street, Suite 2350
Seattle, WA 98101
(206) 709-5900 (main)
(206) 709-5901 (fax)
Evelyn.winters@wilsonelser.com
Daniel.park@wilsonelser.com
Vanessa.aaron@wilsonelser.com

*Attorneys for Defendants Uber Technologies, Inc. and Rasier, LLC*



BEATY HATCH



By: */s/ William Ball (Per E-Consent)*
William Ball, OSB No. 011558
1112 Daniels Street, Suite 200
Vancouver, WA 98666
(360) 695-7909
Ball@BeatyHatch.com

*Attorneys for Plaintiff Paul K. Ugarov*



WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
520 PIKE STREET, SUITE 2350
SEATTLE, WA 98101
(206) 709-5900 (MAIN)
(206) 709-5901 (FAX)

ORDER OF REMAND
Page **3**

3:26-CV-00902-JR

337744289v.1